**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Evanda Tyheim BUXTON,**
**Defendant–Appellant.**

**No. 11–13889**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 21, 2012.

Zahra S. Karinshak, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

E. Vaughn Dunnigan, E. Vaughn Dunnigan, PC, Evanda Tyheim Buxton, USP

Atlanta–Inmate Mail, Atlanta, GA, for Defendant–Appellant.

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Evanda Tyheim Buxton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Buxton's convictions and sentences are **AFFIRMED**.